**UNITED STATES ex rel. FELD et al. v. WALLIS, Commissioner, etc.**

(Circuit Court of Appeals, Second Circuit. November 24, 1921.)

No. 79.

Appeal from the District Court of the United States for the Southern District of New York.

Petitions for writs of habeas corpus by Juda Feld and others against Frederick A. Wallis, Commissioner of Immigration at New York. Writs denied, and petitioners appeal. Affirmed, on opinion of District Court in 278 Fed. 838.

Leo Wolfson, of New York City (Samuel Hershenstein, of New York City, of counsel), for appellants.

James C. Thomas Jr., Asst. U. S. Atty., and William Hayward, both of New York City, for appellee.

Before HOUGH and MAYER, Circuit Judges, and AUGUSTUS N. HAND, District Judge.

PER CURIAM. Order affirmed in open court, on opinion of MACK, Circuit Judge.